# Exhibit B

STATE OF CONNECTICUT, SUPERIOR COURT, STAMFORD/NORWALK

| | |
|---|---|
| **Plaintiff / Petitioner:**<br>RYAN B. MERHOLZ, DERIVATIVELY ON BEHALF OF WORLD WRESTLING ENTERTAINMENT, INC.<br>**Defendant / Respondent:**<br>VINCENT K. MCMAHON, et al., | **AFFIDAVIT OF SERVICE**<br>Index No:<br>N/A |

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and located at 590 Madison Ave 21st floor, New York, NY 10022 . That on Tue, May 18 2021 AT 02:48 PM AT 1241 EAST MAIN STREET, STAMFORD, CT 06902 deponent served the within SUMMONS; VERIFIED COMPLAINT; EXHIBIT A-K on STEPHANIE MCMAHON

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** By serving the above on _____ a domestic corporation, by delivering a true copy thereof to _____ who is the _____, a person authorized to accept service.

☐ **Business:** By serving the above on _____ by delivering a true copy thereof to _____ a person authorized to accept service.

☒ **Suitable Person:** By delivering a true copy thereof to Robert Fresneda a person of suitable age and discretion, at the actual place of business, dwelling house, or usual place of abode in the state, and mailing, as indicated below.

☐ **Conspicuous Service:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☐ **Mailing:** Deponent also enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known address, _____, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. Mailed on _____.

☐ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of CT, in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I have that the defendant is not in the military service of CT, or of the United States as that term is defined in either the State or in the Federal statutes.

**Additional Comments:**
Successful Attempt: May 18, 2021, 2:48 pm EDT at 1241 EAST MAIN STREET, STAMFORD, CT 06902 received by Robert Fresneda, Mailroom shipping coordinator. Stated he is authorized to accept

**Description:**
Age: 35-40    Skin Color: Black Hispanic    Gender: Male    Weight: 230
Height: 5'9"    Hair: Black    Relationship:
Other

Roger Padilla    5/20/21
Sworn to before me on 5/20/21
Notary Public

BRIAN B. RICKS
NOTARY PUBLIC
MY COMMISSION EXPIRES 8/31/2023
STATE OF CONNECTICUT

# AFFIDAVIT OF SERVICE BY MAIL

STATE OF CONNECTICUT, SUPERIOR COURT                                                                                 CASE NO: N/A
Plaintiff / Petitioner: RYAN B. MERHOLZ, DERIVATIVELY ON BEHALF OF WORLD WRESTLING ENTERTAINMENT, INC.
vs.
Defendant / Respondent: VINCENT K. MCMAHON; STUART U. GOLDFARB; LAUREEN ONG; ROBYN W. PETERSON; MANJIT SINGH; JEFFERY R. SPEED; ALAN M. WEXLER; GEORGE A. BARRIOS; MICHELLE D. WILSON; WORLD WRESTLING ENTERTAINMENT, INC.

I Nasim Dehghani being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age.

That on Tue, May 18, 2021 deponent served the within:
SUMMONS; VERIFIED COMPLAINT; EXHIBIT A-K on STEPHANIE MCMAHON at the address 1241 EAST MAIN STREET, STAMFORD, CT 06902 by enclosing a copy of same in a postpaid wrapper properly addressed to the above recipient and deposited said wrapper in (a post office) official depository under exclusive care and custody of the United States Postal Services, Mailed on 05/18/2021 via:

First Class Mail Envelope marked "**Personal and Confidential**".

*(check all that apply)*

[X] FIRST CLASS MAILING First Class Mail Envelope marked "Personal and Confidential"
[ ] CERTIFIED MAILING certified mail marked "Personal and Confidential" Receipt Number (_____)
[ ] RETURN RECEIPT REQUESTED marked "Personal and Confidential" Receipt Number (_____)
[ ] OVERNIGHT MAILING marked "Personal and Confidential" Receipt Number (_____)

Sworn to me on the 5/20/21

Notary Public (BRIAN B. RICKS, NOTARY PUBLIC, STATE OF CONNECTICUT, MY COMMISSION EXPIRES 8/31/2023)

Nasim Dehghani       5/20/21

UNDISPUTED LEGAL, INC., 590 MADISON AVENUE, 21ST FLOOR, NEW YORK, NEW YORK, 10022

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT
SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

## Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

Return date: **Jun-15-2021**
Docket number: **FST-CV-21-6051741-S**

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*
MERHOLZ, RYAN B, DERIVATIVELY ON BEHALF OF WORLD W Et Al v. MCMAHON, VINCENT. K Et Al

| [X] Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | Address of Court *(Number, street, town and zip code)*: 123 HOYT STREET STAMFORD, CT 06905 |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney
**DAY PITNEY LLP**

Juris number of attorney or firm: **014229**

**Mailing Address** *(Number, street)*: **242 TRUMBULL STREET**
Post office box:
Telephone number *(Area code first)*: **8602750100**

City/town: **HARTFORD** | State: **CT** | Zip code: **06103** | Fax number: **8602750343** | E-mail address: **jmueller@daypitney.com**

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person)*.
☐ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime)*.
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
[X] All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify)*: _____
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
  ☐ matters in the Family Division of the Superior Court   ☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☐ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8)*: _____ *(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**   [X] Yes   ☐ No

Signed *(Individual attorney or self-represented party)*: ▶ **427973**
Name of person signing at left *(Print or type)*: **JEFFREY PAUL MUELLER**
Date signed: **Jun 09 2021**

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Jun 09 2021** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

Name and address of each party and attorney that copy was mailed or delivered to*
**GREGORY EGLESTON - 501 FIFTH AVENUE/19TH FLOOR/NEW YORK, NY 10017**

*For Court Use Only*

Signed *(Signature of filer)*: ▶ **427973**
Print or type name of person signing: **JEFFREY PAUL MUELLER**
Date signed: **Jun 09 2021**
Telephone number: **8602750100**

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

Continuation of JDCL12 Appearance Form for FST-CV-21-6051741-S

Submitted By DAY PITNEY LLP (014229)

Additional Party(ies) (Continued from JDCL12)

**For these party(ies)**

Pty# D-01 VINCENT. K MCMAHON

Pty# D-02 STEPHANIE MCMAHON

Pty# D-03 PAUL LEVESQUE

Pty# D-04 FRANK A. RIDDICK III

Pty# D-05 STUART U. GOLDFARB

Pty# D-06 LAUREEN ONG

Pty# D-07 ROBYN W. PETERSON, PETERSON, ROBYN W.

Pty# D-08 MANJIT SINGH

Pty# D-09 JEFFERY R. SPEED,

Pty# D-10 ALAN M. WEXLER

Pty# D-11 GEORGE A. BARRIOS

Pty# D-12 MICHELLE D. WILSON, MICHELLE D.

Pty# D-13 WORLD WRESTLING ENTERTAINMENT, INC.

***** End of Party List *****